PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**         )<br>                                                                 )<br>            vs.                                           )       **Docket Number: 2:03CR00030-01**<br>                                                                 )<br>**KENNETH RAWLEY**                           )<br>_____ ) | |

On February 9, 2004, the above-named was sentenced to 30 months BOP with 3 years of supervised release to follow.  Rawley had not surrendered to serve his sentence yet.  On November 28, 2006, this office was notified by the County of Los Angeles, Department of the Coroner, that Rawley was confirmed dead by pneumonia on March 26, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

                    Respectfully submitted,


                    /s/ karen a meusling
                    **Karen A. Meusling
                    Supervising United States Probation Officer**

Dated:     December 21, 2006
              Sacramento, California
              KAM:kam

**Re:   KENNETH RAWLEY**
**Docket Number:   2:03CR00030-01**
**ORDER TERMINATING TERM OF SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

 January 5, 2007
**Date**

**Frank C. Damrell Jr.**
**United States District Judge**

Attachment:   Notification

cc:   United States Attorney's Office
      FLU Unit - AUSA's Office
      Fiscal Clerk, Clerk's Office
      Restitution Accounts - Victims